UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CLARENS DESROULEAUX,**

    **Plaintiff,**

vs.

**THE VILLAGE OF BISCAYNE PARK,**
a municipality of the State of Florida,
**CHIEF RAIMUNDO ATESIANO,**
**OFFICER CHARLIE DAYOUB, and**
**OFFICER GUILLERMO RAVELO,**
individually and in their official capacity.

    **Defendants.**
_____/

Case Number: 18-23797-CIV-DPG

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of the above captioned action with prejudice.

E. Bruce Johnson, Esq.
Scott D. Alexander, Esq.
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
Attorneys for Defendant, Village of Biscayne Park
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
(954) 463-0100 - Telephone
(954) 463-2444 - Facsimile
Email: Johnson@jambg.com
       Young@jambg.com
       Alexander@jambg.com

By: */s/ E. Bruce Johnson*

Oscar E. Marrero, Esq.
Lourdes Espino Wydler, Esq.
Alexandra C. Hayes, Esq.
Marrero & Wydler
Attorneys for Defendant, Raimundo Atesiano
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528 – Telephone
(305) 446-0995 – Facsimile
Email: oem@marrerolegal.com
       lew@marrerolegal.com
       ach@marrerolegal.com

By: */s/ Lourdes Espino Wydler*


Stephanie Deutsch, Esq.
Stephanie Deutsch, P.A.
Attorney for Defendants, Charlie Dayoub and Guillermo Ravelo
1875 NW Corporate Blvd., Suite 100
Boca Raton, FL 33431
(561) 826-2800
(561) 826-2828
Email: sdeutsch@scdlaw.net
       twolosh@scdlaw.net

By: */s/ Stephanie Deutsch*


Sagi Shaked, Esq.
Nicholas DeCapua, Esq.
Shaked Law Firm, P.A.
Attorney for Plaintiff
2875 N.E. 191st Street, Suite 905
Aventura, FL 33180
(305) 937-0191 - Telephone
(305) 937-0193 – Facsimile
Email: filingcourtdocuments@gmail.com
       shakedeservice@gmail.com

By: */s/ Sagi Shaked*


DATED this 30th day of October, 2019.